**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA

VS.                                                                     CASE NO: 6:09-cr-219-Orl-22GJK

HAKEEM ALLEN

_____

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

Pursuant to Local Rule 6.01(c)(16), on June 29, 2020, I conducted the Final Probation Revocation Hearing of the Defendant on the Petition for Warrant or Summons for Offender Under Supervision filed March 24, 2020 by Probation Officer Alerson Jacquez.

In the Petition, Probation Officer Alerson Jacquez alleges the Defendant was in violation of:

- Supervised Release Standard Condition 1, Violation #1

Which states that while on supervised release, the defendant shall not commit another federal, state, or local crime and shall not illegally possess a controlled substance, and shall not possess a firearm or destructive device. The defendant shall comply with the standard conditions that have been adopted by this court.

    On or before April 17, 2018, the defendant failed to register as a sexual predator. He was subsequently charged with failure to register as a sexual predator and was convicted of such in Pinellas County Circuit court, Pinellas County, Florida, Docket #2018CF0045860, on November 26, 2018.

The Defendant admitted violating the Conditions as set forth in the Petition for Warrant or Summons for Offender Under Supervision.

Accordingly, the undersigned finds that the Defendant has violated the terms of his probation and respectfully recommends that the Court enter an Order to Show Cause why his Supervised Release should not be revoked.

The Defendant is in custody of the U.S. Marshal pending sentencing.

A party waives the right to challenge on appeal a finding of fact or conclusion of law adopted by the district judge if the party fails to object to that finding or conclusion within fourteen days after issuance of the Report and Recommendation containing the finding or conclusion.

Recommended in Orlando, Florida on this 29th day of June, 2020.

THOMAS B. SMITH
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Marshal
United States Probation Office
United States Attorney
Federal Public Defender
District Judge